Michael C. Saqui, Esq., SBN: 147853
Jennifer M. Schermerhorn, SBN: 225070
Rebecca A. Hause-Schultz, Esq., SBN: 292252
THE SAQUI LAW GROUP
*Counselors to Management*
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
Telephone:   (916) 782-8555
Facsimile:   (916) 782-8565
Email:       JSchermerhorn@laborcounselors.com
             RHause-Schultz@laborcounselors.com

Attorneys for Defendant
FOOTHILL PACKING, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARO, and PAULINO CORTEZ-VASQUEZ | Case No. |
|         Plaintiffs, | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION; DEMAND FOR JURY TRIAL** |
|    vs. | |
| FOOTHILL PACKING, INC., and DOES 1 through 20, | |
|         Defendant. | |

**TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant, FOOTHILL PACKING, INC., hereby removes to this action from the Superior Court of the State of California in and for the County of Monterey ("Monterey Superior Court") to the United States District Court for the Northern District of California.

1

Defendant's Notice of Removal of Action; Demand for Jury Trial          Case No.

1

2       1.   **JURISDICTIONAL STATEMENT**: Pursuant to Northern District Local Rule

3   3-5(a), Defendant alleges that the basis of jurisdiction for this Court is under 28 U.S.C. §1331

4   (1980), and as a result this case may be properly removed to this Court by Defendant pursuant to

5   the provisions of 28 U.S.C. sections 1441(a) and 28 U.S.C. §1446 (2011) in that it arises under

6   Article 1, Section 8 of the Constitution of the United States of America, commonly referred to as

7   the Interstate Commerce Clause, 29 U.S.C. §254 (1996), commonly referred to as the Portal-to-

8   Portal Act, 8 U.S.C. §1188 (2000), commonly known as the Immigration and National Act, as

9   amended by the Immigration Reform and Control Act of 1986 (IRCA), 20 CFR §655.100 et seq.,

10   describing the Labor Certification Process for Temporary Agricultural Employment in the

11   United States, and 29 CFR §501 et seq. describing the Enforcement of Contractual Obligations

12   For Temporary Alien Agricultural Workers Admitted Under Section 218 of the Immigration and

13   Nationality Act.

14       2.   **INTRADISTRICT ASSIGNMENT**: Pursuant Northern District Local Rule 3-

15   2(e), this case should be assigned to the San Jose Division as the case arises from Monterey

16   County because it was originally filed in the Superior Court of the State of California in and for

17   the County of Monterey and the case arises, at least partially, from alleged acts within Monterey

18   County.

19       3.   **STATE COURT PROCEEDINGS**: On or about May 4, 2017, an action was

20   commenced by Plaintiffs in the Superior Court of the State of California, County of Monterey,

21   entitled JESUS ABRAHAM LOPEZ-GUTIERREZ and ALAN ULISES MEZA-LUGO v.

22   FOOTHILL PACKING, INC., Case number 17CV001629 ("Complaint"), a true and correct

23   copy of which is attached hereto as "**Exhibit 1**" and incorporated herein by reference.

24       4.   Defendant executed and served a Notice of Acknowledgement of Receipt of the

25   Summons and Complaint on July 10, 2017, a true and correct copy of which is attached hereto as

26   "**Exhibit 2**" and incorporated herein by reference.

27   / / /

28   / / /

2

Defendant's Notice of Removal of Action; Demand for            Case No.
Jury Trial

1    5.    On August 8, 2017, Defendant filed its Answer to the Complaint with the

2  Monterey County Superior Court, a true and correct copy of which is attached hereto as "**Exhibit**

3  **3**" and incorporated herein by reference.

4    6.    On August 24, 2017, Plaintiffs filed a Motion for Leave to File First Amended

5  Complaint, a true and correct copy of which is attached hereto as "**Exhibit 4**" and incorporated

6  herein by reference. A copy of that Motion, which included a draft copy of the First Amended

7  Complaint, was served by mail on August 24, 2017.

8    7.    Defendant opposed the Motion for Leave to File First Amended Complaint on

9  September 11, 2017, a true and correct copy of which is attached hereto as "**Exhibit 5**" and

10  incorporated herein by reference.

11    8.    Plaintiffs filed a Reply to Defendant's Opposition to Motion for Leave to File

12  First Amended Complaint filed on September 15, 2017, a true and correct copy of which is

13  attached hereto as "**Exhibit 6**" and incorporated herein by reference.

14    9.    The Court granted Plaintiffs' Motion for Leave to File First Amended Complaint

15  on September 22, 2017, a true and correct copy of which is attached hereto as **"Exhibit 7"** and

16  incorporated herein by reference.

17    10.    Plaintiffs filed their First Amended Complaint on October 4, 2017, entitled

18  JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-

19  ALVARO, PAULINO CORTEZ-VASQUEZ v. FOOTHILL PACKING, INC., Case number

20  17CV001629, a true and correct copy of which is attached hereto as "**Exhibit 8**" and

21  incorporated herein by reference.

22    11.    On October 10, 2017, Defendant filed its Answer to the First Amended Complaint

23  with the Monterey County Superior Court, a true and correct copy of which is attached hereto as

24  **"Exhibit 9"** and incorporated herein by reference.

25    12.    Exhibits 1-9 constitute all the process, pleadings and orders filed by or served

26  upon Defendant.

27    13.    **DEFENDANT**: Defendant is the only named defendant.  Defendant is not a State,

28  State Official, or governmental entity within the meaning of 28 U.S.C section 1332(d)(5)(A)

3

Defendant's Notice of Removal of Action; Demand for          Case No.
Jury Trial

1    (2011).  The Doe Defendants are to be disregarded for removal purposes and thus joinder by the

2    Doe Defendants is neither possible nor required.

3        14.    **DEMAND FOR JURY TRIAL**:   Defendant FOOTHILL  PACKING,  INC.,

4    demands a trial by jury on all issues that may be tried by a jury.

5        WHEREFORE, Defendant FOOTHILL  PACKING,  INC. prays  that  this  action  be

6    removed to the United States Court for the District Northern California.

7    DATED:  October 10, 2017            THE SAQUI LAW GROUP
                                         *Counselors to Management*
8

9
                                         By: /s/ Jennifer M. Schermerhorn
10                                           Michael C. Saqui
                                             Jennifer M. Schermerhorn
11                                           Rebecca A. Hause-Schultz
                                             Attorneys for Defendant
12                                           FOOTHILL PACKING, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Notice of Removal of Action; Demand for              Case No.
Jury Trial