Michael C. Saqui, Esq., SBN: 147853
Jennifer M. Schermerhorn, SBN: 225070
Rebecca A. Hause-Schultz, SBN: 292252
THE SAQUI LAW GROUP
*Counselors to Management*
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
Telephone:   (916) 782-8555
Facsimile:   (916) 782-8565
Email:        jschermerhorn@laborcounselors.com
              RHause-Schultz@laborcounselors.com

Attorneys for Defendant
FOOTHILL PACKING, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARAO, and PAULINO CORTEZ-VASQUEZ,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FOOTHILL PACKING, INC., and DOES 1 through 20,<br><br>　　　　Defendant. | Case No.<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15** |
|---|---|

　　TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES OF RECORD:

　　/ / /

　　/ / /

　　/ / /

　　/ / /

　　/ / /

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

6    The following people or entities which hold a financial interest in Foothill Packing, Inc.:
7 David Costa, Michael Costa, Gary Franscioni, Antone Alameda, Craig Alameda, the Estate of
8 Melford Alameda, Steven Alameda, Sidney Tanaka, and Robert Erickson.

10   DATED:  October 10, 2017             THE SAQUI LAW GROUP
                                          *Counselors to Management*

12                                        By: /s/ Jennifer M. Schermerhorn
                                              Michael C. Saqui
13                                            Jennifer M. Schermerhorn
                                              Rebecca A. Hause-Schultz
14                                            Attorneys for Defendant
                                              FOOTHILL PACKING, INC.

Defendant's Certification of Interested Entities or                    Case No.
Persons Pursuant to Local Rule 3-15