Michael C. Saqui, Esq., SBN: 147853
Jennifer M. Schermerhorn, SBN: 225070
Rebecca A. Hause-Schultz, Esq., SBN: 292252
THE SAQUI LAW GROUP
*Counselors to Management*
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
Telephone:    (916) 782-8555
Facsimile:    (916) 782-8565
Email:        JSchermerhorn@laborcounselors.com
              RHause-Schultz@laborcounselors.com

Attorneys for Defendant
FOOTHILL PACKING, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARO, and PAULINO CORTEZ-VASQUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>FOOTHILL PACKING, INC., and DOES 1 through 20,<br><br>Defendant. | Case No.<br>[Monterey County Superior Court Case No. 17CV001629]<br><br>**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Defendant FOOTHILL PACKING, INC., (hereinafter "Foothill Packing") certifies that it is a nongovernmental corporation organized under the laws of the State of California.

Foothill Packing submits the following statement of its corporate interests and affiliations as required by the Federal Rule of Civil Procedure, Rule 7.1.

Foothill Packing submits the following statement of its corporate interests and affiliations as required by the Federal Rule of Civil Procedure, Rule 7.1.

1. Foothill Packing is not a publicly-held corporation or other publicly-held entity.
2. Foothill Packing does not have any parent corporation.
3. No publicly-held corporation owns 10 percent or more of Foothill Packing's stock.

DATED: October 10, 2017

THE SAQUI LAW GROUP
*Counselors to Management*

By: /s/ Jennifer M. Schermerhorn
    Michael C. Saqui
    Jennifer M. Schermerhorn
    Rebecca A. Hause-Schultz
    Attorneys for Defendant
    FOOTHILL PACKING, INC.

2

Defendant's Disclosure Statement Pursuant to Federal
Rule of Civil Procedure 7.1
    Case No.