Ana Vicente de Castro, SBN 309958
Blanca A. Bañuelos, SBN 231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93950
Telephone: (831) 757-5221
Facsimile: (831) 757-6212
avicente@crla.org

Dawson Morton, SBN 802667, Registered Legal Services Attorney
R. Erandi Zamora, SBN 281929
Alexandra Revelas, SBN 305201
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904
Facsimile: (916) 446-3057
dmorton@crlaf.org
ezamora@crlaf.org
arevelas@crlaf.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARO, and PAULINO CORTEZ-VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FOOTHILL PACKING, INC, AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 17-cv-05822-BLF<br><br>**NOTICE OF APPEARANCE OF R. ERANDI ZAMORA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney R. Erandi Zamora of California Rural Legal Assistance Foundation, 2210 K Street, Suite 201, Sacramento, California 95816, hereby appears

Notice of Appearance of R. Erandi Zamora
Page 1

as attorney of record on behalf of all Plaintiffs. All pleadings, papers, and documents required to be served in this action should also be served on R. Erandi Zamora at ezamora@crlaf.org in addition to those attorneys already on records with the Court. I request that the Court Clerk update the docket as indicated.

Date: October 24, 2017

**CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**

_____
R. Erandi Zamora
Attorney for Plaintiffs

Notice of Appearance of R. Erandi Zamora
Page 2