Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Lopez Gutierrez et. al.

        Plaintiff(s),

v.

Foothill Packing, Inc,

        Defendant(s).

Case No: 17-cv-5822-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

   I, Amanda M. Caldwell, an active member in good standing of the bar of Supreme Court of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ceja-Alvaro and Cortez - Vasquez in the above-entitled action. My local co-counsel in this case is R. Erandi Zamora, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 305 S. 2nd Ave.<br>Phoenix, AZ 85003 | 2210 K St. Suite 201<br>Sacramento, CA 95816 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (602) 258-3434 | (916) 446-7904 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| acaldwell@clsaz.org | ezamora@crlaf.org |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0064237.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/02/17

                                        Amanda M. Caldwell
                                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Amanda M. Caldwell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 3, 2017

                                        */s/ Beth Labson Freeman*
                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE