# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESUS LOPEZ-GUTIERREZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FOOTHILL PACKING, INC., <br><br> Defendant. | Case No. 17-cv-05822-BLF <br><br> **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION** |

On December 21, 2017, the parties held an Initial Case Management Conference ("CMC") before the Court. During the CMC, the Court indicated that it may not have subject matter jurisdiction over this case because Plaintiffs' first amended complaint pleads only state law causes of action although Defendant raises federal preemption defenses. Accordingly, the Court orders the parties to show cause in writing why this case should not be remanded to state court for lack of subject matter jurisdiction ("OSC"). The parties shall adhere to the following briefing schedule:

(1) Plaintiffs and Defendant shall each file an opening brief on why this Court has subject matter jurisdiction **on or before January 19, 2018**. Each opening brief shall not exceed five (5) pages.

(2) Plaintiffs and Defendant shall each file a reply brief **on or before January 26, 2018**. Each reply brief shall not exceed three (3) pages.

The parties may stipulate to remand the case to state court in lieu of responding to the Court's OSC.

**IT IS SO ORDERED.**

Dated: December 21, 2017

_____
BETH LABSON FREEMAN
United States District Judge