Michael C. Saqui, Esq., SBN: 147853
Jennifer M. Schermerhorn, Esq. SBN: 225070
Rebecca A. Hause-Schultz, Esq., SBN: 292252
THE SAQUI LAW GROUP
*Counselors to Management*
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
Telephone:    (916) 782-8555
Facsimile:    (916) 782-8565
Email:        JSchermerhorn@laborcounselors.com
              RHause-Schultz@laborcounselors.com

Attorneys for Defendant
FOOTHILL PACKING, INC.

Ana Vicente de Castro, SBN 309958
Blanca A. Bañuelos, SBN 231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93950
Telephone: (831) 757-5221
Facsimile: (831) 757-6212
avicente@crla.org

Attorneys for Plaintiffs Jesus Abraham
Lopez-Gutierrez and Alan Ulises Meza-Lugo

| | |
|---|---|
| R. Erandi Zamora, SBN 281929 | Amanda Caldwell, SBN 0064237 |
| CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION | Community Legal Services |
| 2210 K Street, Suite 201 | 305 S. 2nd Avenue |
| Sacramento, CA 95816 | Phoenix, AZ 85003 |
| Telephone: (916) 446-7904 | Telephone: (602) 258-3434 |
| Facsimile: (916) 446-3057 | Facsimile: (602) 258-3064 |
| dmorton@crlaf.org | pbridge@clsaz.org |
| ezamora@crlaf.org | |
| arevelas@crlaf.org | Attorneys for Plaintiffs Gustavo Ceja-Alvaro and Paulino Cortez-Vazquez |

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

1

| | |
|---|---|
| JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARO, and PAULINO CORTEZ-VASQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FOOTHILL PACKING, INC., and DOES 1 through 20,<br><br>Defendant. | Case No. 5:17-cv-05822 BLF<br><br>**JOINT STIPULATION AND PROPOSED ORDER RE DEADLINES**<br><br><br>Trial Date: April 5, 2021 |

Plaintiffs JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARO, and PAULINO CORTEZ-VASQUEZ ("Plaintiffs") and Defendant FOOTHILL PACKING, INC. ("Foothill"), by and through their attorneys of record, have met and conferred pursuant to the Court's December 22, 2017 Case Management Order and hereby jointly stipulate as follows:

1. Designation of Plaintiffs' experts: May 15, 2020;
2. Designation of Defendant's experts: May 25, 2020;
    a. Rebuttal experts: 40-days from date of designation
3. Discovery Cut-Off: July 16, 2020;
4. Deadline to File Motions for Summary Judgment: September 29, 2020;
5. Deadline to File and Serve Dispositive Motions: 10/29/2020;
6. Deadline to Meet and Confer before Pretrial Conference: 02/11/2021;
7. Deadline file Joint Pretrial Statement and Order: 02/18/2021;
8. Deadline file Motions in Limine: 02/18/2021;
9. Deadline file Opposition to Motions in Limine: 2/25/2021;
10. Deadline file all Jury materials: 02/25/2021; and
11. Deadline submit Trial Briefs: 3/29/2021.

DATED: January 12th, 2018            THE SAQUI LAW GROUP

*Counselors to Management*

By: /s/ Jennifer M. Schermerhorn
Michael C. Saqui
Jennifer M. Schermerhorn
Rebecca A. Hause-Schultz
Attorneys for Defendant
FOOTHILL PACKING, INC.

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Jennifer M. Schermerhorn, attest that concurrence in the filing of this Joint Stipulation and Proposed Order regarding Deadlines has been obtained from the other signatory. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2018, at Roseville, California.

By: /s/ Jennifer M. Schermerhorn
Jennifer M. Schermerhorn
Attorneys for Defendant
FOOTHILL PACKING, INC.

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT SI SO ORDERED that the deadlines as outlined in the Joint Stipulation regarding discovery, dispositive motions, pretrial and trial documents are hereby approved.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Beth Labson Freeman, District Judge
                                        U.S. Dist. Ct., N.D. Cal.