United States District Court
Northern District of California

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| 9  JESUS LOPEZ-GUTIERREZ, ET AL., | Case No.  17-cv-05822-BLF |
| 10             Plaintiffs, | |
| 11        v. | **ORDER DENYING WITHOUT PREJUDICE THE PARTIES' JOINT STIPULATION RE DEADLINES** |
| 12  FOOTHILL PACKING, INC., | [Re: ECF 37] |
| 13             Defendant. | |

14

15        On January 12, 2018, the parties filed a joint stipulation on the deadlines relating to

16   discovery, dispositive motions, pretrial and trial documents.  ECF 37.  The joint stipulation lists

17   the "Deadline to File Motions for Summary Judgment" as September 29, 2020 and "Deadline to

18   File and Serve Dispositive Motions" as October 29, 2020.  *Id.* at 2.  It is unclear why the parties

19   scheduled two deadlines regarding their dispositive motions.  The Court has reserved the last day

20   to hear dispositive motions on December 3, 2020.  This reserved date for hearing dispositive

21   motions is limited to one motion for summary judgment per party.  All other motions must be

22   reserved in accordance with the Court's Standing Order Regarding Civil Cases.  Counsel is

23   advised that hearings are being set four to five months after motions are filed and thus they should

24   plan accordingly.

25        Because the parties' joint stipulation indicates that each party may file multiple motions for

26   summary judgment, the joint stipulation is hereby DENIED WITHOUT PREJUDICE.  The parties

27   shall submit a revised proposed case schedule consistent with this order.

28

1     **IT IS SO ORDERED.**

2    Dated: January 17, 2018

3

_____

BETH LABSON FREEMAN
United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28