Ana Vicente de Castro, SBN 309958
Blanca A. Bañuelos, SBN 231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93950
Telephone:  (831) 757-5221
Facsimile:   (831) 757-6212
avicente@crla.org

*Attorneys for Plaintiffs Jesus Abraham*
*Lopez-Gutierrez and Alan Ulises Meza-Lugo*

R. Erandi Zamora, SBN 281929
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone:  (916) 446-7904
Facsimile:   (916) 446-3057
ezamora@crlaf.org

*Attorneys for Plaintiffs*

Amanda Caldwell, SBN 0064237
COMMUNITY LEGAL SERVICES
305 S. 2nd Avenue
Phoenix, AZ 85003
Telephone: (602) 258-3434
Facsimile: (602) 258-3064
pbridge@clsaz.org

*Attorneys for Plaintiffs Gustavo Ceja-Alvaro*
*and Paulino Cortes-Vazquez*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO, GUSTAVO CEJA-ALVARO, and PAULINO CORTES-VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FOOTHILL PACKING, INC, AND DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 17-cv-05822-BLF<br><br>**DECLARATION OF ANA VICENTE DE CASTRO IN SUPPORT OF PLAINTIFFS MOTION TO FILE SECOND AMENDED COMPLAINT** |

I, Ana Vicente de Castro, declare as follows:

1. I am an attorney admitted to practice in the State of California. I am a staff attorney at California Rural Legal Assistance, Inc., in Salinas, California. I am counsel of record for some Plaintiffs in this action, along with California Rural Legal Assistance Foundation and Community Legal Services of Arizona. I have personal knowledge of the information set forth herein and if called upon to do so, I would testify to the truth of the following facts.

2. Plaintiffs JESUS ABRAHAM LOPEZ-GUTIERREZ, ALAN ULISES MEZA-LUGO filed this action on May 4, 2017, in the Superior Court of California County of Monterey.

3. On September 22, 2017, the Superior Court OF California County of Monterey granted leave to amend the complaint to add Plaintiffs GUSTAVO CEJA-ALVARO, and PAULINO CORTES-VASQUEZ, and to add a Private Attorney General Act (PAGA) cause of action.

4. Defendants removed the action to the United States District Court of the Northern District of California on October 10, 2017 (ECF Doc 1).

5. This Court issued a Case Management Order on December 21, 2017 setting the deadline for joinder of any additional parties, or other amendments to the pleadings, sixty days after entry of the order (ECF Doc 33).

6. In December of 2017, my co-counsel Amanda Caldwell was contacted by employees of Defendant Foothill Packing Inc. seeking her representation and to be included in this action.

7. On January 30, 2018, Plaintiffs' counsel decided to include the employees mentioned above in this action.

8. Plaintiffs have added LUIS MANUEL VALDEZ-MARTINEZ, JUALIAN GARCIA-REYES, ARMANDO BELMONTE-MEJIA, JORGE LUIS CERVANTES-ESPINOZA,

JAVIER CASTILLO-PADILLA, JUAN LEONARDO NUNEZ-MUNOZ, JESUS ESAUL CASTILLO-PADILLA (Proposed Plaintiffs)' names to the complaint and facts necessary to support their claims.

9. Plaintiffs' counsel mistakenly omitted facts about Plaintiffs CEJA-ALVARO and CORTES-VASQUEZ's uncompensated time exercising, waiting at the fields at the beginning of the workday and waiting for transportation in the FAC. These are not new facts to this action, these facts were pled for Plaintiffs LOPEZ-GUTIERREZ and MEZA-LUGO. Plaintiffs now ask to add these facts to the SAC.

10. Plaintiffs requested award of PAGA civil penalties under Labor Code §§ 203, 210, 226.3, 558, 1174.5, 1197.1, 2699(f), and 2810(g). (FAC ¶ 97).

11. Plaintiffs seek to add language to the relief section describing the distribution of the civil penalties to the Labor Workforce Development Agency and aggrieved workers under the sections mentioned above.

12. One of the letters in Plaintiff PAULINO CORTES-VASQUEZ was misspelled in the FAC. The name that appears in the FAC is PAULINO CORTEZ-VASQUEZ but the correct name is PAULINO CORTES-VASQUEZ.  Plaintiffs now request to correct Plaintiff CORTES-VASQUEZ.

13. Plaintiffs' counsel included Exhibit B to the FAC but some pages were missing from the ETA Form 9142A. Plaintiffs seek to add pages to Exhibit B.

14. I submitted a letter giving notice of Plaintiffs LOPEZ-GUTIERREZ and MEZA-LUGO's intent to pursue claims under PAGA on behalf of other aggrieved employees to the Labor Workforce Development Agency (LWDA) and Defendant FOOTHILL PACKING, INC. on May 8, 2017.

3

DECLARATION OF ANA VICENTE DE CASTRO IN SUPPORT *Lopez-Gutierrez et al.v. Foothill Packing, Inc*.
OF MOTION TO FILE SECOND AMENDED COMPLAINT Case No. 5:17-cv05822 BLF

15. I contacted Defendant's counsel on February 15, 2018, and informed them that Plaintiffs' counsel was going to seek leave to amend the complaint to add Plaintiffs to this action

16. On February 16, 2018, I sent a draft of the Proposed Second Amended Complaint to Defendant's counsel seeking stipulation of amendment.

17. On February 20, 2018, Defendant's counsel informed that they would not stipulate to amendment of complaint. (Exhibit 1).

18. Plaintiffs ask this court to grant their motion to amend the complaint to add Plaintiffs and other minor corrections.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 20th day of February 2018 in Salinas, California

/s/ Ana Vicente de Castro____
Ana Vicente de Castro
CALIFORNIA RURAL LEGAL ASSISTANCE
Attorneys for Plaintiffs

4
DECLARATION OF ANA VICENTE DE CASTRO IN SUPPORT OF MOTION TO FILE SECOND AMENDED COMPLAINT
*Lopez-Gutierrez et al.v. Foothill Packing, Inc.*
Case No. 5:17-cv05822 BLF