UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

**RECEIVED**
**MAR 1 2 2018**
**MONTEREY**

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
**FILED** 408-535-5363

March 9, 2018

**MAR 1 6 2018**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Superior Court of Monterey County
1200 Aguajito Road
Monterey, CA 93940

RE:  Jesus Lopez-Gutierrez, et al. v. Foothill Packing, Inc.
     17-cv-05822-BLF

Your Case Number:  17cv001629

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              Susan Y. Soong, Clerk

                              *Susie F. Barrera*
                              by:  Susie F. Barrera
                              Case Systems Administrator
                              408-535-5382